ROGER J. ROSEN
Calif. State Bar. #48573
Law Offices of Roger J. Rosen
1801 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

Tel.: (310) 557-1242                                    E-FILED 0/19/09
FAX: (310) 203-2150                                    (SEE SERVICE LIST)

Attorney for Defendant **MIKE DIAZ**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,        | Case No.: CR 06-803-PSG |
|----------------------------------|-------------------------|
|         Plaintiff,               |                         |
|     vs.                          | [~~PROPOSED~~] ORDER    |
| RITO MIGUEL DIAZ et.al.,         |                         |
|         Defendant.               |                         |

   GOOD CASUE HAVING BEEN SHOWN, it is hereby ORDERED that the conditions of bond for Defendant Rito Miguel Diaz, Jr. be modified to permit him to travel from the Central District of California to Rosarito Beach, Mexico for the purpose of conducting tourist excursions there and back, not to exceed 5 consecutive days during any one month.

Dated: March 19, 2009

                              *PHILIP S. GUTIERREZ*
                              HONORABLE PHILLIP S. GUTIERREZ
                              United States District Judge

- 1

# NOTICE PARTY SERVICE LIST

**Case No.** DEFT 1: CR 06-803-PSG    **Case Title** USA -VS- RITO MIGUEL DIAZ, JR.

**Title of Document** ORDER

| | | | |
|---|---|---|---|
| | ADR | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service -Santa Ana (USMSA) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | ✔ | US Probation Office (USPO) |
| | Chief Deputy Admin | | US Trustee's Office |
| | Chief Deputy Ops | | Warden, San Quentin State Prison, CA |
| | Clerk of Court | | |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| ✔ | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| ✔ | PSA - Los Angeles (PSALA) | | |
| ✔ | PSA - Riverside (PSAED) | | |
| ✔ | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

*ADD NEW NOTICE PARTY* (if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

**Initials of Deputy Clerk** WH